UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL ACTION NO. 2:23-cv-00094-DLB-CJS

Eastern District of Kentucky
FILED

OCT 3 0 2023

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

DEGENHARDT ENTERPRISES, LLC
d/b/a CITY WIDE FACILITY SOLUTIONS OF
SOUTHWEST OHIO & NORTHERN KENTUCKY                    PLAINTIFF

v.          **STIPULATION AND AGREED ORDER OF DISMISSAL**

GRANGE MUTUAL CASUALTY COMPANY
d/b/a GRANGE INSURANCE COMPANY                        DEFENDANT

As evidenced by the signatures of their counsel below, Plaintiff, Degenhardt Enterprises,

LLC d/b/a City Wide Facility Solutions of Southwest Ohio & Northern Kentucky, and

Defendant, Grange Insurance Company f/k/a Grange Mutual Casualty Company, hereby

stipulate to the dismissal of this action and all claims in this action, with prejudice; and the

parties request the Court to order the same.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this action be

and is hereby **DISMISSED**, with prejudice. This is a final and appealable order, there being no

just cause for delay.

*30 Oct. 23*

Signed By:
*David L. Bunning*
United States District Judge

Stipulation and Agreed Order of Dismissal – Page 1

Stipulated and Agreed to by:

Christopher B. Markus
cmarkus@dbllaw.com
Dressman Benzinger LaVelle psc
109 East Fourth Street
Covington, KY 41011
(859) 341-1881
*Counsel for Degenhardt Enterprises LLC dba
City Wide Facility Solutions of Southwest Ohio
& Northern Kentucky*

Robert L. Steinmetz (KBA No. 67488)
rsteinmetz@gsblegal.com
Gwin Steinmetz & Baird PLLC
401 West Main Street, Suite 1000
Louisville, Kentucky 40202
(502) 618-5700
*Counsel for Grange Insurance Company fka
Grange Mutual Insurance Company*

T:\STEINMETZ\GRANGE\Degenhardt dba City Wide - Coverage\Stipulation and Agreed Order of Dismissal.doc